IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DERRICK EUGENE SAFFOLD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:19-CV-249-WHA [WO] |
| D.A. – MONTGOMERY AL, *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge entered May 29, 2019. Doc. 4. There being no timely objection filed to the Recommendation, and based on an independent review of the record, the Recommendation of the Magistrate Judge is ADOPTED and it is ORDERED as follows:

1. The § 1983 claims against the Defendants are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i & iii).

2. The Plaintiff's request for declaratory relief is DISMISSED without prejudice under the *Younger* abstention doctrine so the Plaintiff may pursue his claims in the state courts.

3. This complaint is DISMISSED prior to service of process.

A Final Judgment will be entered separately.

Done, this 25th day of June 2019.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE